**E-Filed 9/18/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLADIMIR BRIK,<br><br>                    Petitioner,<br><br>     v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>                    Respondents. | Case Number C 06-4948 JF (RS)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[Doc. No. 2] |

Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The Court is satisfied that Plaintiff cannot pay the filing fee and that the instant action is not frivolous or without merit.

Plaintiff's application to proceed *in forma pauperis* therefore is GRANTED. IT IS HEREBY ORDERED that the Clerk issue summons, and that the U.S. Marshal for the Northern District of California serve a copy of the complaint and this order upon Defendants.

DATED: 9/18/06

_____
JEREMY FOGEL
United States District Judge

1  Order served on:

2

3  Geri Nadine Kahn     gerik@jfcs.org, gkahn@pacbell.net

4  Monica Kane     monicak@jfcs.org

2

Case No. C 06-4948 JF (RS)
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC2)