**E-Filed 9/18/06**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VLADIMIR BRIK,<br><br>            Petitioner,<br><br>   v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>            Respondents. | Case Number C 06-4948 JF (RS)<br><br>ORDER TO SHOW CAUSE |

Petitioner has filed a petition for hearing on his naturalization application pursuant to 8 U.S.C. § 1447(b). The Court has ordered that Petitioner may proceed *in forma pauperis*. It is hereby ordered as follows:

(1) The Clerk of the Court shall (a) serve a copy of the Petition and a copy of this Order upon counsel for Respondents, the Office of the United States Attorney, Northern District of California and (b) serve a copy of this Order on Petitioner.

(2) Respondent shall, in writing and within thirty (30) days after receiving this Order, show cause why the petition should not be granted.

(3) Petitioner may file a reply within twenty (20) days after receiving Respondent's filing.

1     (4)   Unless otherwise ordered by the Court, the matter will be deemed submitted upon the filing of the reply or upon the expiration of time to file a reply.

DATED: 9/18/06

                                                JEREMY FOGEL
                                              United States District Judge

2

Case No. C 06-4948 JF (RS)
ORDER TO SHOW CAUSE
(JFLC2)

1  Order served on:

3  Geri Nadine Kahn    gerik@jfcs.org, gkahn@pacbell.net

4  Monica Kane    monicak@jfcs.org

5  Office of the United States Attorney
   150 Almaden Blvd., Suite 900
6  San Jose, CA 95113

Case No. C 06-4948 JF (RS)
ORDER TO SHOW CAUSE
(JFLC2)