**E-Filed 9/18/06**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VLADIMIR BRIK,<br><br>              Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>             Respondents. | Case Number C 06-4948 JF (RS)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[Doc. No. 2] |

Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The Court is satisfied that Plaintiff cannot pay the filing fee and that the instant action is not frivolous or without merit.

Plaintiff's application to proceed *in forma pauperis* therefore is GRANTED. IT IS HEREBY ORDERED that the Clerk issue summons, and that the U.S. Marshal for the Northern District of California serve a copy of the complaint and this order upon Defendants.

DATED: 9/18/06

                                                                       _____<br>
                                                                       JEREMY FOGEL<br>
                                                                        United States District Judge

1  Order served on:

2

3  Geri Nadine Kahn    gerik@jfcs.org, gkahn@pacbell.net

4  Monica Kane    monicak@jfcs.org

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 06-4948 JF (RS)
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC2)