1 KEVIN V. RYAN, CSBN 118321
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 Assistant United States Attorney

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-6915
    FAX: (415) 436-6927
7
    Attorneys for Respondents
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12
   VLADIMIR BRIK,                    )
13                                   )
              Petitioner,             )    C 06-4948-JF (RS)
14                                    )
         v.                           )
15                                    )    **STIPULATION TO DISMISS; AND**
   MICHAEL CHERTOFF, Secretary of     )    **[PROPOSED] ORDER**
16 Department of Homeland Security, et al., )
                                      )
17            Respondents.            )
                                      )
18

19   The petitioner, by and through his attorneys of record, and respondents, by and through their

20 attorneys of record, hereby stipulate, subject to approval of the court, to dismissal of the above-

21 entitled action without prejudice in light of the fact that the United States Citizenship and

22 Immigration Services agrees to adjudicate the petitioner's naturalization application within 30

23 days.

     Each of the parties shall bear their own costs and fees.
24

25

26

27

28

STIPULATION TO DISMISS
C 06-4948-JF (RS)                           1

Date: October 31, 2006          Respectfully submitted,

                                               KEVIN V. RYAN
                                             United States Attorney

                                                      /s/
                                             EDWARD A. OLSEN[1]
                                             Assistant United States Attorney
                                             Attorneys for Respondents


Date: October 31, 2006               /s/
                                             MONICA KANE
                                             Jewish Family and Children's Services
                                             Attorneys for Petitioner


                                                     **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   11/8/06                 _____
                                               JEREMY FOGEL
                                             United States District Judge

---

[1] I, Edward A. Olsen, attest that both Monica Kane and I have signed this stipulation.

STIPULATION TO DISMISS
C 06-4948-JF (RS)                              2